## Commonwealth *v.* Carey, Appellant.

Argued September 13, 1967. *John Packel,* Assistant Defender, with him *Elizabeth L. Green* and *Melvine Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Welsh S. White,* Assistant District Attorney, with him *Lewis P. Mitrano* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.